IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00126-RJC-DSC

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES WHITLOCK JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of property seized at the execution of a search warrant. (Doc. No. 57).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for the return of property within thirty (30) days of the entry of this Order.

Signed: September 24, 2018

Robert J. Conrad, Jr.
United States District Judge