UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-00126-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES WHITLOCK JR. | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se motion to continue restitution payments, which he claims he cannot afford while unemployed. (Doc. No. 65).

Apparently, the defendant enrolled in the Inmate Financial Responsibility Program ("IFRP") while incarcerated and agreed to $25 quarterly payments on his restitution obligation. (Id. at 2). However, he was released from custody on February 21, 2020. His IFRP plan states that it will automatically stop upon his release from confinement. (Doc. No. 65 at 2). At his sentencing, the Court ordered that upon release, his $50 monthly payments would be delayed 60 days. (Doc. No. 42: Judgment at 6). Accordingly, his motion to delay IFRP payments is moot.

**IT IS, THEREFORE, ORDERED**, that the defendant's motion, (Doc. No. 65), is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: April 28, 2020

Robert J. Conrad, Jr.
United States District Judge